UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

                Plaintiff,

    -against-

 JUAN GONZALES AGENCY CORP., ALLSTATE
FINANCIAL SERVICES, LLC, ALLSTATE
INSURANCE COMPANY, THE ALLSTATE
CORPORATION, ALLSTATE LIFE INSURANCE
COMPANY OF NEW YORK, PAYROLLING
PARTNERS, INC.,
and JUAN GONZALES individually,

              Defendants.

**Case No. 21-cv-00610**

**DEFENDANT JUAN GONZALES
ANGENCY, CORP.'S RULE 7.1
CORPORATE DISCLOSURE
STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the
Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the
undersigned, as counsel for Defendant Juan Gonzales Agency, Corp. hereby states that that no
parent corporation or publicly held corporation owns more than 10% of Juan Gonzales Agency,
Corp.'s stock.

Dated: May 10, 2021
      New York, New York

                        Respectfully submitted,

                        JACKSON LEWIS P.C.
                        666 Third Avenue
                        New York, New York 10017
                        (212) 545-4000
                        MellkW@jacksonlewis.com
                        Catherine.Tucciarello@jacksonlewis.com

        By:    _/s/ Wendy J. Mellk_____
                Wendy J. Mellk
                Catherine R. Tucciarello

                *Attorneys for Defendants*
                *Juan Gonzales Agency, Corp. and Juan*
                *Gonzales*