**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JANE DOE,<br><br>                      Plaintiff,<br><br>            v.<br><br>JUAN GONZALES AGENCY CORP., ALLSTATE FINANCIAL SERVICES, LLC, ALLSTATE INSURANCE COMPANY, THE ALLSTATE CORPORATION, ALLSTATE LIFE INSURANCE COMPANY OF NEW YORK, PAYROLLING PARTNER, INC., and JUAN GONZALES individually,<br><br>                      Defendants. | Case No. 7:21-cv-00610<br><br><br>**DECLARATION OF**<br>**ROBERT G. LIAN, JR.**<br>**IN SUPPORT OF MOTION FOR**<br>**<u>ADMISSION *PRO HAC VICE*</u>** |

Pursuant to 28 U.S.C. § 1746, I, Robert G. Lian, Jr., declare and state the following:

1. I am an attorney with the law firm of Akin Gump Strauss Hauer & Feld LLP, counsel for Defendants Allstate Financial Services, LLC, Allstate Insurance Company, The Allstate Corporation, and Allstate Life Insurance Company of New York in this action. I provide this declaration in support of my Motion for Admission *Pro Hac Vice*.

2. Unless otherwise indicated below, the matters set forth in this declaration are based on my personal knowledge and, if called as a witness, I could and would testify competently thereto.

3. My contact information is as follows:

Robert G. Lian, Jr.
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street N.W.
Washington, DC 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
blian@akingump.com

4. I am a member in good standing of the bars of the Commonwealth of Virginia and the District of Columbia, as evidenced by the Certificates of Good Standing from the Virginia

State Bar and the District of Columbia Bar attached as Exhibit 1 to this Declaration.

5. There are no pending disciplinary proceedings against me in any state or federal court.

6. I have never been convicted of a felony.

7. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

I declare under the penalty of perjury that to the best of my knowledge the foregoing statements are true and correct.

Dated: May 10, 2021             AKIN GUMP STRAUSS HAUER & FELD LLP

/s/ Robert G. Lian, Jr.
Robert G. Lian, Jr.
2001 K Street N.W.
Washington, DC 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
blian@akingump.com

*Counsel for Defendants Allstate Financial Services, LLC, Allstate Insurance Company, The Allstate Corporation, and Allstate Life Insurance Company of New York*