**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>   v.<br><br>JUAN GONZALES AGENCY CORP., ALLSTATE FINANCIAL SERVICES, LLC, ALLSTATE INSURANCE COMPANY, THE ALLSTATE CORPORATION, ALLSTATE LIFE INSURANCE COMPANY OF NEW YORK, PAYROLLING PARTNER, INC., and JUAN GONZALES individually,<br><br>        Defendants. | Case No. 7:21-cv-00610<br><br>**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*** |

The Motion of Robert G. Lian, Jr. for admission to practice *pro hac vice* in the above-captioned action is granted. Applicant has declared that he is a member in good standing of the bars of the Commonwealth of Virginia and the District of Columbia, and that his contact information is as follows:

> Robert G. Lian, Jr.
> AKIN GUMP STRAUSS HAUER & FELD LLP
> 2001 K Street N.W.
> Washington, DC 20006
> Telephone: (202) 887-4000
> Facsimile: (202) 887-4288
> blian@akingump.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants Allstate Financial Services, LLC, Allstate Insurance Company, The Allstate Corporation, and Allstate Life Insurance Company of New York in the above-entitled action;

**IT IS HEREBY ORDERED** that the Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____
New York, New York

                               United States District Judge