**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JANE DOE,<br><br>                           Plaintiff,<br><br>            v.<br><br>JUAN GONZALES AGENCY CORP., ALLSTATE FINANCIAL SERVICES, LLC, ALLSTATE INSURANCE COMPANY, THE ALLSTATE CORPORATION, ALLSTATE LIFE INSURANCE COMPANY OF NEW YORK, PAYROLLING PARTNER, INC., and JUAN GONZALES individually,<br><br>                          Defendants. | Case No. 7:21-cv-00610<br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE*** |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Amanda S. McGinn, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendants Allstate Financial Services, LLC, Allstate Insurance Company, The Allstate Corporation, and Allstate Life Insurance Company of New York in the above-captioned action.

I am a member in good standing of the bar of the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. Pursuant to Local Rule 1.3, I have attached the required Declaration as well as a Certificate of Good Standing from the District of Columbia Bar.

Dated: May 10, 2021

AKIN GUMP STRAUSS HAUER & FELD LLP

*/s/ Amanda S. McGinn*
Amanda S. McGinn
2001 K Street N.W.
Washington, DC 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
amcginn@akingump.com

*Counsel for Defendants Allstate Financial Services, LLC, Allstate Insurance Company, The Allstate Corporation, and Allstate Life Insurance Company of New York*