**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JANE DOE,<br><br>       Plaintiff,<br><br>   v.<br><br>JUAN GONZALES AGENCY CORP., ALLSTATE FINANCIAL SERVICES, LLC, ALLSTATE INSURANCE COMPANY, THE ALLSTATE CORPORATION, ALLSTATE LIFE INSURANCE COMPANY OF NEW YORK, PAYROLLING PARTNER, INC., and JUAN GONZALES individually,<br><br>       Defendants. | Case No. 7:21-cv-00610<br><br><br>**DECLARATION OF<br>AMANDA S. MCGINN<br>IN SUPPORT OF MOTION FOR<br>ADMISSION *PRO HAC VICE*** |

   Pursuant to 28 U.S.C. § 1746, I, Amanda S. McGinn, declare and state the following:

   1. I am an attorney with the law firm of Akin Gump Strauss Hauer & Feld LLP, counsel for Defendants Allstate Financial Services, LLC, Allstate Insurance Company, The Allstate Corporation, and Allstate Life Insurance Company of New York in this action. I provide this declaration in support of my Motion for Admission *Pro Hac Vice*.

   2. Unless otherwise indicated below, the matters set forth in this declaration are based on my personal knowledge and, if called as a witness, I could and would testify competently thereto.

   3. My contact information is as follows:

Amanda S. McGinn
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street N.W.
Washington, DC 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
amcginn@akingump.com

   4. I am a member in good standing of the bar of the District of Columbia, as evidenced by the Certificate of Good Standing from the District of Columbia Bar attached as Exhibit 1 to this Declaration.

5. There are no pending disciplinary proceedings against me in any state or federal court.

6. I have never been convicted of a felony.

7. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

I declare under the penalty of perjury that to the best of my knowledge the foregoing statements are true and correct.

Dated: May 10, 2021                              AKIN GUMP STRAUSS HAUER & FELD LLP

*/s/ Amanda S. McGinn*
Amanda S. McGinn
2001 K Street N.W.
Washington, DC 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
amcginn@akingump.com

*Counsel for Defendants Allstate Financial Services, LLC, Allstate Insurance Company, The Allstate Corporation, and Allstate Life Insurance Company of New York*