**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| JANE DOE, |
|                          Plaintiff, |
| v. |
| JUAN GONZALES AGENCY CORP., ALLSTATE FINANCIAL SERVICES, LLC, ALLSTATE INSURANCE COMPANY, THE ALLSTATE CORPORATION, ALLSTATE LIFE INSURANCE COMPANY OF NEW YORK, PAYROLLING PARTNER, INC., and JUAN GONZALES individually, |
|                          Defendants. |

Case No. 7:21-cv-00610

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE***

The Motion of Amanda S. McGinn for admission to practice *pro hac vice* in the above-captioned action is granted.  Applicant has declared that she is a member in good standing of the bar of the District of Columbia, and that her contact information is as follows:

Amanda S. McGinn
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street N.W.
Washington, DC 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
amcginn@akingump.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants Allstate Financial Services, LLC, Allstate Insurance Company, The Allstate Corporation, and Allstate Life Insurance Company of New York in the above-entitled action;

**IT IS HEREBY ORDERED** that the Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____
New York, New York

_____
United States District Judge