

September 13, 2021

VIA ELECTRONIC COURT FILING

The Honorable Philip M. Halpern
Federal Building and Courthouse
300 Quarropas Street, Room 520
White Plains, New York 10601

Re: *Doe v. Juan Gonzales Agency Corporation et al.*, No. 7:21-cv-00610 (S.D.N.Y.)

Dear Judge Halpern:

We represent the plaintiff in the above referenced action.  I write in accordance with Your Honor's Individual Civil Practices Rule 5 to respectfully request that the exhibits containing sensitive medical and mental health records to be filed accompanying Plaintiff's opposition to Defendants Juan Gonzales Agency, Corp. and Juan Gonzales (collectively referred to herein as "JGAC") motion seeking that Plaintiff be disallowed from proceeding in this case under the pseudonym, Jane Doe, be permitted to be filed under seal as they unquestionably contain "medical records" as well as information related to Plaintiff's "treatment and diagnoses".  Defendants have consented to the filing of these documents under seal.

We thank the Court for its time and attention of this matter.

Respectfully submitted,

DEREK SMITH LAW GROUP, PLLC
*Attorneys for Claimant*

Seamus P. Barrett, Esq.

---

Application, on consent, is granted.

Plaintiff is granted leave to file Exhibit 1 and Exhibit 2 to the Declaration of Seamus P. Barrett in Opposition to the Motion to Compel under seal.

The Clerk of the Court is respectfully directed to seal Doc. 41, permitting access by only the parties and the Court, but retain the summary docket text for the record.

The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 35.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
           September 14, 2021

---