

**New York | Los Angeles | Phila**

The Court *nunc pro tunc* reinstates the stay of its August 4, 2022 Order (Doc. 53) through October 12, 2022. No further extensions will be granted.

The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 56.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
        September 13, 2022

September 12, 2022

VIA ELECTRONIC COURT FILING

The Honorable Philip M. Halpern
Federal Building and Courthouse
300 Quarropas Street, Room 520
White Plains, New York 10601

Re: *Doe v. Juan Gonzales Agency Corporation et al.*, No. 7:21-cv-00610 (S.D.N.Y.)

Dear Judge Halpern:

We represent the Plaintiff in the above referenced action.  I write jointly with all parties to request a 30-day continuation of the stay on the order ("the Order") entered into the docket of this case on Aug. 4, 2022 (Dkt. #53) which was stayed for 28 days, expiring last Friday.    This joint request would revive the stay on the Order from today until October 12, 2022, in order to facilitate ongoing intensive settlement discussions, in which the parties have been engaging in recent weeks. The parties' counsel have recently returned from respective end-of-summer vacations and are now negotiating in earnest to resolve this matter, and the parties agree that this requested stay will very likely provide the necessary time to reach a resolution.

This is the first such joint request.  Plaintiff previously requested a stay of 28 days, which this Court granted.

The parties thank the Court for its consideration of this matter.

Dated: New York, New York
        September 12, 2022

*Respectfully submitted,*

DEREK SMITH LAW GROUP, PLLC
*Attorneys for Claimant*

Seamus P. Barrett, Esq.

CC: to all parties via ECF